IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SMALL BUSINESS FINANCE ASSOCIATION,<br><br>                  Plaintiff,<br><br>v.<br><br>CLOTHILDE HEWLETT, solely in her official capacity as Commissioner of the California Department of Financial Protection and Innovation,<br><br>                  Defendant. | Civil Action No.<br><br><br>[Enforcement of FRCP 45 Subpoena issued in Case No. 22-cv-08775-RGK-SK (C.D. Cal.)] |

## DEFENDANT'S MOTION TO COMPEL THIRD PARTY FORWARD FINANCING LLC TO COMPLY WITH SUBPOENA TO PRODUCE DOCUMENTS

Pursuant to Federal Rule of Civil Procedure 45 and Local Rules 37.1 and 40.4, Defendant Clothilde Hewlett, solely in her official capacity as Commissioner of the California Department of Financial Protection and Innovation (Department) hereby moves that this Court for order compelling third Forward Financing LLC to produce documents in response to a Subpoena to Produce Documents, Information, or Objects, or to Permit Inspection of Premises in a Civil Action, issued on July 13, 2023 (the Subpoena). In support therefor, the Department submits the accompanying memorandum of law.

Undersigned counsel for the Department has complied with Local Rule 37.1 and conferred with counsel for Forward Financing, Benjamin Brodsky, via video conference on July 18, 2023 at 10:00 a.m., July 19, 2023 at 5:00 p.m., July 21, 2023 at 9:00 a.m., and August 2, 2023, at 10:00 a.m., in total for over four hours, as well as through email. The only issue that requires resolution by the Court is to what extent, if any, Forward Financing is required to comply with Request No. 4 of the Subpoena.

WHEREFORE, the Department requests that the Court issue an order compelling Forward Financing to fully comply with Request No. 4 of the Subpoena and produce documents no later than September 13, 2023.

Dated:  August 15, 2023

OFFICE OF THE CALIFORNIA ATTORNEY GENERAL

*/s/ Rachel J. Yoo*
Rachel J. Yoo
Deputy Attorney General

300 South Spring Street, Suite 1702
Los Angeles, CA  90013-1230
(213) 269-6622
Rachel.Yoo@doj.ca.gov

*Attorneys for Defendant Clothilde Hewlett, solely in her official capacity as Commissioner of the California Department of Financial Protection and Innovation*